EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2016 TSPR 48 |
| | 194 DPR ____ |
| Juan Alberto Méndez Miranda | |

Número del Caso: TS-5,691

Fecha: 16 de marzo de 2016

Materia: Readmisión al Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:


Juan Alberto Méndez Miranda            TS-5,691


RESOLUCIÓN

San Juan, Puerto Rico, a 16 de marzo de 2016.

Examinada la *Solicitud de Readmisión al Ejercicio de la Abogacía,* presentada por el Sr. Juan Alberto Méndez Miranda, se provee ha lugar.

Se instruye al Secretario del Tribunal hacer el cambio del señor Méndez Miranda a abogado activo en el Registro Único de Abogados y Abogadas de Puerto Rico (RUA). El licenciado Méndez Miranda deberá actualizar de inmediato toda la información contenida en dicho Registro. Se le advierte de su obligación de mantener toda su información actualizada en el RUA.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo